# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IMPULSE TECHNOLOGY LTD., | CASE NO. 11-CV-02519-JG |
| PLAINTIFF, | |
| vs. | HON. JAMES GWIN |
| NINTENDO OF AMERICA INC.; ELECTRONIC ARTS, INC.; UBISOFT, INC.; THQ INC.; KONAMI DIGITAL ENTERTAINMENT INC.; MAJESCO ENTERTAINMENT COMPANY; NAMCO BANDAI GAMES AMERICA INC., | **DEMAND FOR JURY TRIAL** |
| DEFENDANTS. | |

**DECLARATION OF SONAL N. MEHTA IN SUPPORT OF THE RESPONSIVE CLAIM CONSTRUCTION BRIEF OF DEFENDANTS ELECTRONIC ARTS, INC., UBISOFT, INC., THQ INC., KONAMI DIGITAL ENTERTAINMENT INC., AND MAJESCO ENTERTAINMENT COMPANY**

I, Sonal N. Mehta, declare as follows:

I am an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Electronic Arts, Inc., THQ Inc., and Majesco Entertainment Company in the above-captioned matter. I submit this declaration based on personal knowledge following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

1. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of Impulse Technology's Claim Construction Hearing slides, dated September 4, 2012.

2. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the deposition transcript of Robert D. Howe, Ph.D., taken August 6, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of September 2012 at Redwood Shores, California.

                                                              _/s/ Sonal N. Mehta_
                                                              Sonal N. Mehta
                                                              *Attorney for Defendants Electronic Arts, Inc., THQ Inc., and Majesco Entertainment Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2012, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

     */s/* Sonal N. Mehta
Sonal N. Mehta
*Attorney for Defendants Electronic Arts, Inc., THQ Inc., and Majesco Entertainment Company*